sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 11/02/2026, Sheerria Graham

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina .

Case number: 26-04527

Certificate number: NCE26-045275109385

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance