sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 11/01/2026 Philamina Lozado-Lowe

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina .

Case number: 25-04749

Certificate number: NCE25-047495111233

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance